UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| Lametra Phillips, | Case No. 19-cv-2786 (WMW/BRT) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Therese Price, | |
| Defendant. | |

---

Lametra Phillips,                        Case No. 19-cv-2798 (WMW/BRT)

            Plaintiff,

  v.

Maria Pfuehler,

            Defendant.

---

Lametra Phillips,                        Case No. 19-cv-2800 (WMW/BRT)

            Plaintiff,

  v.

Hennepin County District Court Clerk of Courts,

            Defendant.

---

Lametra Phillips,                        Case No. 19-cv-2801 (WMW/BRT)

            Plaintiff,

  v.

Hennepin County District Court Clerk of Courts,

            Defendant.

---

These matters, which relate to ongoing child-custody proceedings in Hennepin Count District Court, are before this Court on the December 4, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Case No. 19-cv-2786, Dkt. 5; Case No. 19-cv-2798, Dkt. 4; Case No. 19-cv-2800, Dkt. 4; Case No. 19-cv-2801, Dkt. 4.) The R&R recommends dismissing each case. Objections to the R&R were not filed in the time period permitted.

In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review and found no clear error, the Court adopts the R&R. Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 4, 2019 R&R is **ADOPTED**.

2. Case Nos. 19-cv-2786, 19-cv-2798, and 19-cv-2800 are **DISMISSED WITHOUT PREJUDICE**.

3. Case No. 19-cv-2801 is **DISMISSED WITH PREJUDICE**.

4. Plaintiff Lametra Phillips's applications to proceed *in forma pauperis* in these actions, (Dkt. 2 in each action), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 23, 2020                                                 s/Wilhelmina M. Wright
                                                                                                      Wilhelmina M. Wright
                                                                                                      United States District Judge